1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                  **WESTERN DIVISION**

11

12   DAVID PANDO,                      )       No. CV 10-1965 CW
                                       )
13                    Plaintiff,       )       JUDGMENT
                                       )
14              v.                     )
                                       )
15   MICHAEL J. ASTRUE,                )
     Commissioner, Social Security     )
16   Adminstration,                    )
                                       )
17                    Defendant.       )
     _____)

18

19        **IT IS ADJUDGED** that this action is remanded to defendant for

20   further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)

21   and consistent with the accompanying Decision and Order.

22

23   DATED: February 10, 2011

24

25                                     _____
                                            CARLA M. WOEHRLE
26                                       United States Magistrate Judge

27

28